UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFERY FRANKLIN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV1151 JCH/NAB |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker, filed July 31, 2012.  (ECF No. 19).  See 28 U.S.C. § 636.  In her report, Magistrate Judge Baker recommends that the Court affirm the decision of the Commissioner and dismiss Plaintiff's Complaint with prejudice.  Neither party has filed objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 19) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this  15th  day of August, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE